```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JOSHUA BISHOP,

                Plaintiff,

vs.                                 Case No.  2:12-cv-650-FtM-29DNF

JACK & STACY ENTERPRISES, INC., a
Florida corporation doing business
as Mobil Circle K, and PAUL JALLO,

                Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #22), filed April 11, 2013, recommending the Joint Motion for Approval of Settlement Agreement, and for Dismissal With Prejudice (Doc. #19) be granted, the Settlement Agreement and Waiver/General Release (Doc. #19-1) be approved as fair and reasonable, and that defendant Paul Jallo along with the case be dismissed.  On April 12, 2013, the parties filed a Joint Statement Regarding the Magistrate Judge's Report and Recommendation (DE 22) (Doc. #23) indicating no objections.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation and Response (Doc. #21) indicating that Paul Jallo may be dismissed as well, the Court accepts the Report and Recommendation of the magistrate judge and will lift the stay to the extent that Mr. Jallo will be dismissed.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #22) is hereby **adopted** and the findings incorporated herein.

2. The Joint Motion for Approval of Settlement Agreement, and for Dismissal With Prejudice (Doc. #19) is **granted** and the Settlement Agreement and Waiver/General Release (Doc. #19-1) is **approved** as fair and reasonable.

    3.  The stay as to Paul Jallo is **lifted** to the extent that Mr. Jallo is due to be dismissed with prejudice in this action.

    4.  The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

    **DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of April, 2013.

                                      JOHN E. STEELE
                                      United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties